IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM WALLACE,

    Petitioner,

v.                                     CASE NO. 4:08cv365-SPM/WCS

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation (doc. 9) dated November 14, 2008.  Petitioner has filed an objection (doc. 10) pursuant to Title 28, United States Code, Section 636(b)(1).  Having considered the objection, I have determined that the report and recommendation should be adopted.  The circumstances of Petitioner's state post-conviction proceedings do not warrant equitable tolling under the law.  See Lawrence v. Florida, 421 F.3d 1221, 1226 (11th Cir. 2005).  Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

    2.    The § 2254 petition, challenging the judgment of the Second

Judicial Circuit, Leon County, Florida, Case Number 98-3591, is summarily dismissed as untimely.

DONE AND ORDERED this 26th day of November, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv365-SPM/WCS